No. 72–368. BENSINGER, CORRECTIONS DIRECTOR, ET AL. *v.* DOSS. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.